ACCEPTED
04-15-00414-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/10/2015 4:31:13 PM
KEITH HOTTLE
CLERK

## APPEAL NO. 04-15-00414-CV

| | | |
|---|---|---|
| JOSE "JOE" HINOJOSA,<br>Plaintiff | § <br> § <br> § | IN THE FOURTH COURT |
| | § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS |
| v. | § <br> § | OF APPEALS IN 9/10/2015 4:31:13 PM |
| FIREFIGHTERS AND POLICE<br>OFFICERS' CIVIL SERVICE<br>COMMISSION OF THE CITY OF<br>LAREDO, TEXAS; IRMA MIRELES;<br>VIDAL CANTU, JR.; JESUS TORRES;<br>And CITY OF LAREDO, TEXAS,<br>Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § | THE FOURTH COURT KEITH E. HOTTLE<br>Clerk<br><br><br>OF APPEALS DISTRICT |

## MOTION OF MURRAY E. MALAKOFF
## TO WITHDRAW AS APPELLANTS COUNSEL OF RECORD

Murray E. Malakoff pursuant to Rule 10 of the Texas Rules of Civil Procedure moves this court for leave to withdraw as Appellants Counsel of Record.

### I.

This is an appeal from a judgment upholding the validity of Civil Service Rule promulgated by the above named Civil Service Commission. The Trial Court denied declaratory and injunctive Relief in its judgment on agreed facts.

### II.

On the respective dates of August 9th, August 14th, August 20th 2015 and September 8, 2015 the undersigned attempted to advise his client of the necessity for the record of Appeal, the pendency of the appeal and the potential dismissal of the Appeal.

The undersigned also attempted to communicate with the president as well as another Director of the labor organization to which Appellant belongs. The undersigned's clients has failed and/or refused to cooperate with the undersigned in the prosecution of this appeal necessitating the undersigned withdrawal as appellants counsel.

The Appellants Counsel asks that the time be extended for filing the record on Appeal.

## III

Because the undersigned has failed and/or refused to cooperate and communicate with the undersigned this undersigned must mark this Motion as Opposed.

## IV

## APPELLANT'S ADDRESS

Appellant's last known address is 10122 Montoya Dr., Laredo, Texas 78045.

## PRAYER

WHEREFORE, the undersigned asks leave of court to withdraw as Appellant's Counsel of Record and that the time for the filing of the Record on Appeal be extended 30 days.

Respectfully submitted,

_/s/Murray E. Malakoff_____
Murray E. Malakoff
ATTORNEY-IN-CHARGE
Texas Bar No. 12853700
Federal Bar No. 5762
1319 Convent Ave
Laredo, Texas 78040
(956) 724-2889 (Office)
(956) 724-2914 (Facsimile)
malakoff@malakofflaw.com

## CERTIFICATE OF SERVICE

On September 9, 2015 the foregoing document was served upon Opposing counsel by via facsimile to opposing Counsel, Ryan Henry, Esq. at 210-569-6494. Jose "Joe Hinojosa hand delivered to 10122 Montoya Dr., Laredo, Texas 78045.

*/s/Murray E. Malakoff*